OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 20. 2015

8/17/2015
VIDALES, SAMMY            Tr. Ct. No. 2012-436,579

COA No. 07-13-00286-CR
PD-0705-15

The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

SAMMY VIDALES
TDC# 1880275
Lubbock County Sheriff's Office
P.O. Box 10536
Lubbock, TX 79408

RTS NAMES SDPS DO NOT MATCH

BW DO 15